UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Forest Hammond,                                             Civil 12-1660 PJS/FLN

    Plaintiff,

v.                                                                       O R D E R

State of MN and Anoka County,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 27, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* [ECF No. 2] is DENIED; and

2. This action is summary DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 14, 2012.      s/Patrick J. Schiltz
at Minneapolis, Minnesota    JUDGE PATRICK J. SCHILTZ
                                         United States District Court